# United States Bankruptcy Court
## Southern District of Ohio

In re   **Shannon S. Freed** _____   Case No. _____

Debtor(s)   Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **August 19, 2021** _____   **/s/ Shannon S. Freed** _____

**Shannon S. Freed**

Signature of Debtor