**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shannon S. Freed**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5092<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Ohio** | | Date case filed for chapter  **7**   **8/19/21** |
| Case number:   **2:21–bk–52780**   Case Assigned To: **John E. Hoffman Jr.** | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shannon S. Freed | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5177 Sawmill Rd<br>Dublin, OH 43017 | |
| 4. | **Debtor's attorney**<br>Name and address | Nannette JB Dean<br>Dean Law Co., LLC<br>3757 Attucks Drive<br>Powell, OH 43065 | Contact phone 614–389–4943<br>Email: court@deanlawlpa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Myron N Terlecky<br>575 S Third Street<br>Columbus, OH 43215 | Contact phone 614–228–6345<br>Email: mnt@columbuslawyer.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 170 North High Street<br>Columbus, OH 43215–2414 | Hours open 9:00 am – 4:00 pm<br>Monday through Friday<br><br>Contact phone (614)469–6638<br><br>Date: 8/20/21 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 27, 2021 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.** | Location:<br><br>**170 North High Street, Suite 100, Columbus, OH 43215** |
| 8. | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br><br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/26/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Abandonment** | Pursuant to L.B.R. 6007–1, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate. Further notice to creditors and other parties in interest is not required for the abandonment of any property unless a party in interest, before the conclusion of the § 341 meeting, files a request for further notice of abandonment. | |

**If you would like to receive all future notices from the Bankruptcy Court electronically (email), you may register for the courts free Electronic Bankruptcy Noticing (EBN) service. EBN is reliable, fast, and efficient. Additional details and registration are available at: https://bankruptcynotices.uscourts.gov**

United States Bankruptcy Court

Southern District of Ohio

In re:  
Shannon S. Freed  
    Debtor

Case No. 21-52780-jeh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0648-2      User: ad      Page 1 of 3  
Date Rcvd: Aug 20, 2021      Form ID: 309A      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon S. Freed, 5177 Sawmill Rd, Dublin, OH 43017-1500 |
| 20727219 | | Atomic Credit Union, 640 W Hunter Street, Logan, OH 43138 |
| 20727228 | + | Dublin Methodist Hospital, c/o United Collection Bureau, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 20727229 | + | Dublin Park, 5211 Sawmill Rd, Dublin, OH 43017-1549 |
| 20727233 | + | John Freed/Adatar, 5978 Dartshire Blvd, Dublin, OH 43016-4245 |
| 20727234 | + | Jonathan D. Freed, 5978 Dartshire Blvd, Dublin, OH 43016-4245 |
| 20727235 | + | Kemp Law Group, 555 Metro Place N, Suite 300, Dublin, OH 43017-1396 |
| 20727237 | #+ | Kunversion Inside Real Estate, Inside Real Estate, 12936 Frontrunner Blvd, Suite 150, Draper, UT 84020-5482 |
| 20727239 | #+ | Michael Blubaugh, 3471 Daleford Rd, Cleveland, OH 44120-3469 |
| 20727240 | | Mid Ohio Emergency Services, c/o HRRG, PO Box 189053, Fort Lauderdale, FL 33318-9053 |
| 20727243 | + | Nevenka Pavlovic, PO Box 30968, Middlebur Heights, OH 44130-0914 |
| 20727248 | | Ortho Neuro, c/o RBC, 283 Glessner Ave., Mansfield, OH 44903-2293 |
| 20727250 | + | Premier Anesthesia of Ohio, c/o HSI Financial Services, 1000 Circle 75 Parkway, #600, Atlanta, GA 30339-6051 |
| 20727252 | | Spectrum, 4145 S. Falkenburg Rd., Dublin, OH 43017 |
| 20727253 | + | St Andrews Surgery Center, PO Box 248, Fort Morgan, CO 80701-0248 |
| 20727255 | + | Suncoast Pathology, PO Box 1431, Dept 220, Charlotte, NC 28201-1431 |
| 20727256 | + | Teresa and David Burnette, PO Box 79, Buchtel, OH 45716-0079 |
| 20727258 | + | US Actue Care Solutions, PO Box 9820, Pompano Beach, FL 33075-0820 |
| 20727257 | + | Unified Bank, 201 South Fourth Street, PO Box 10, Martins Ferry, OH 43935-0010 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: court@deanlawlpa.com | Aug 20 2021 18:39:00 | Nannette JB Dean, Dean Law Co., LLC, 3757 Attucks Drive, Powell, OH 43065 |
| tr | + | EDI: FMNTERLECKY.COM | Aug 20 2021 22:48:00 | Myron N Terlecky, 575 S Third Street, Columbus, OH 43215-5755 |
| ust | + | Email/Text: ustpregion09.cb.ecf@usdoj.gov | Aug 20 2021 18:39:00 | Asst US Trustee (Col), Office of the US Trustee, 170 North High Street, Suite 200, Columbus, OH 43215-2417 |
| 20727218 | + | EDI: AMEREXPR.COM | Aug 20 2021 22:48:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 20727220 | + | EDI: TSYS2.COM | Aug 20 2021 22:48:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 20727221 | + | EDI: TSYS2.COM | Aug 20 2021 22:48:00 | Barclays Bank/Carnival Mastercard, PO Box 8803, Wilmington, DE 19899-8803 |
| 20727222 | + | EDI: CAPITALONE.COM | Aug 20 2021 22:48:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 20727223 | + | Email/Text: bankrupt@choicerecovery.com | Aug 20 2021 18:39:00 | Center for Surgical Dermatology, c/o Choice Recovery, 1550 Old Henderson Rd., Suite S, |

Case 2:21-bk-52780   Doc 11   Filed 08/22/21   Entered 08/23/21 00:08:46   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0648-2 | User: ad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 309A | Total Noticed: 48 |

| Recipient ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43220-3626 |
| 20727225 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 20 2021 18:40:00 | Core Select, c/o Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 20727226 | + | Email/Text: clientservices@credit-control.com | Aug 20 2021 18:40:00 | Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 20727227 | | EDI: DISCOVER.COM | Aug 20 2021 22:48:00 | Discover Bank, c/o Discover Products INc, 6500 New Albany Rd, New Albany, OH 43054 |
| 20727230 | + | Email/Text: info@meadeandassociates.com | Aug 20 2021 18:39:00 | Hand & Microsurgery Assoc, c/o Meade & Associates, 737 Enterprise Dr, Lewis Center, OH 43035-9422 |
| 20727231 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 20 2021 18:40:00 | Home River Triad, c/o Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 20727232 | | EDI: IRS.COM | Aug 20 2021 22:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 20727224 | | EDI: JPMORGANCHASE | Aug 20 2021 22:48:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 20727238 | + | Email/Text: bankruptcy@glacompany.com | Aug 20 2021 18:39:00 | KY Medical Service Foundation, c/o GLA Collection Co Inc., 2630 Gleeson Ln, Louisville, KY 40299-1772 |
| 20727236 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2021 18:39:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 20727242 | + | EDI: MID8.COM | Aug 20 2021 22:48:00 | Midland Credit Management, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 20727241 | + | EDI: MID8.COM | Aug 20 2021 22:48:00 | Midland Credit Management, 350 Camino De LA Reina, Suite 100, San Diego, CA 92108-3007 |
| 20727247 | + | Email/Text: info@meadeandassociates.com | Aug 20 2021 18:39:00 | OPG Heritage College, c/o Meade & Associates, 737 Enterprise Drive, Lewis Center, OH 43035-9422 |
| 20727244 | + | Email/Text: oh_bankruptcy@ohiohealth.com | Aug 20 2021 18:40:00 | Ohio Health, 5350 Frantz Rd., Dublin, OH 43016-4259 |
| 20727245 | | EDI: AGFINANCE.COM | Aug 20 2021 22:48:00 | One Main Financial, Bankruptcy Dept., Personal, PO Box 6042, Sioux Falls, SD 57117-6042 |
| 20727246 | + | EDI: AGFINANCE.COM | Aug 20 2021 22:48:00 | One Main Financial Group LLC, 601 NW Second Street, Evansville, IN 47708-1013 |
| 20727249 | | EDI: PRA.COM | Aug 20 2021 22:48:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 20727254 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 20 2021 18:40:00 | State of Ohio, Department of Taxation, PO Box 530, Columbus, OH 43216-0530 |
| 20727259 | + | EDI: VERIZONCOMB.COM | Aug 20 2021 22:48:00 | Verizon Wireless/Southeast, PO Box 26055, National Recovery Dept MS400, Minneapolis, MN 55426-0055 |
| 20727260 | | Email/Text: edinkel@vikingservice.com | Aug 20 2021 18:40:00 | Viking Client Services, PO Box 59207, Minneapolis, MN 55459-0207 |
| 20727251 | | Email/Text: bankruptcytn@wakeassoc.com | Aug 20 2021 18:39:00 | Proscan Imaging of Pickerington, c/o Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 20727261 | + | Email/Text: BKRMailOps@weltman.com | Aug 20 2021 18:40:00 | Weltman Weinberg & Reis, 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0648-2     User: ad     Page 3 of 3
Date Rcvd: Aug 20, 2021     Form ID: 309A     Total Noticed: 48

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20727262 | * | Weltman, Weinberg & Reis, 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Myron N Terlecky | mnt@columbuslawyer.net oh41@ecfcbis.com;mnt@trustesolutions.net;HABTrustee@columbuslawyer.net |
| Nannette JB Dean | on behalf of Debtor Shannon S. Freed court@deanlawlpa.com court@deanlawlpa.com |

TOTAL: 3