**SUPPLEMENTAL INFORMATION FOR
SECTION 341 MEETING OF CREDITORS**

The following information is for the section 341(a) Meeting of Creditors ("Meeting") for this case, which will be conducted by remote means (either by telephone or videoconference).

Because of the developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, in−person Meetings were continued. The case trustee, however, has the means to conduct the Meeting by telephone or other remote means.

**THEREFORE, UNTIL FURTHER NOTICE, ALL DEBTOR ATTORNEYS AND DEBTORS SHOULD PARTICIPATE IN MEETINGS BY TELEPHONE, OR BY SUCH REMOTE MEANS AS THE TRUSTEE HAS ESTABLISHED AND NOTICED.**

**CONTACT YOUR CASE TRUSTEE AND CHECK THE CASE DOCKET FOR INFORMATION ABOUT HOW TO PARTICIPATE IN THE MEETING FOR THIS CASE.**

Attorneys and debtors may call in from separate locations. Creditors and creditor attoneys may appear remotely and should use the information provided by the case trustee or on the docket to participate, or contact the trustee directly.

**Bankruptcy Documents:**  Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**No Recording:**  The Meetings will be recorded by the trustee or the United States Trustee. Any other recordings are prohibited.

All parties are encouraged to contact the case trustee, check the case docket, and the UST website for up−to−date information about section 341 meetings of creditors. In addition, information is posted here: https://www.ohsb.uscourts.gov.

United States Bankruptcy Court

Southern District of Ohio

In re:  
Shannon S. Freed  
    Debtor

Case No. 21-52780-jeh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0648-2     User: ad     Page 1 of 3  
Date Rcvd: Aug 20, 2021     Form ID: a0info     Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon S. Freed, 5177 Sawmill Rd, Dublin, OH 43017-1500 |
| aty | + | Nannette JB Dean, Dean Law Co., LLC, 3757 Attucks Drive, Powell, OH 43065-6080 |
| tr | + | Myron N Terlecky, 575 S Third Street, Columbus, OH 43215-5755 |
| 20727218 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 20727219 | | Atomic Credit Union, 640 W Hunter Street, Logan, OH 43138 |
| 20727220 | + | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 20727221 | + | Barclays Bank/Carnival Mastercard, PO Box 8803, Wilmington, DE 19899-8803 |
| 20727228 | + | Dublin Methodist Hospital, c/o United Collection Bureau, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 20727229 | + | Dublin Park, 5211 Sawmill Rd, Dublin, OH 43017-1549 |
| 20727233 | + | John Freed/Adatar, 5978 Dartshire Blvd, Dublin, OH 43016-4245 |
| 20727234 | + | Jonathan D. Freed, 5978 Dartshire Blvd, Dublin, OH 43016-4245 |
| 20727235 | + | Kemp Law Group, 555 Metro Place N, Suite 300, Dublin, OH 43017-1396 |
| 20727237 | #+ | Kunversion Inside Real Estate, Inside Real Estate, 12936 Frontrunner Blvd, Suite 150, Draper, UT 84020-5482 |
| 20727239 | #+ | Michael Blubaugh, 3471 Daleford Rd, Cleveland, OH 44120-3469 |
| 20727240 | | Mid Ohio Emergency Services, c/o HRRG, PO Box 189053, Fort Lauderdale, FL 33318-9053 |
| 20727243 | + | Nevenka Pavlovic, PO Box 30968, Middlebur Heights, OH 44130-0914 |
| 20727248 | | Ortho Neuro, c/o RBC, 283 Glessner Ave., Mansfield, OH 44903-2293 |
| 20727250 | + | Premier Anesthesia of Ohio, c/o HSI Financial Services, 1000 Circle 75 Parkway, #600, Atlanta, GA 30339-6051 |
| 20727252 | | Spectrum, 4145 S. Falkenburg Rd., Dublin, OH 43017 |
| 20727253 | + | St Andrews Surgery Center, PO Box 248, Fort Morgan, CO 80701-0248 |
| 20727255 | + | Suncoast Pathology, PO Box 1431, Dept 220, Charlotte, NC 28201-1431 |
| 20727256 | + | Teresa and David Burnette, PO Box 79, Buchtel, OH 45716-0079 |
| 20727258 | + | US Actue Care Solutions, PO Box 9820, Pompano Beach, FL 33075-0820 |
| 20727257 | + | Unified Bank, 201 South Fourth Street, PO Box 10, Martins Ferry, OH 43935-0010 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cb.ecf@usdoj.gov | Aug 20 2021 18:39:00 | Asst US Trustee (Col), Office of the US Trustee, 170 North High Street, Suite 200, Columbus, OH 43215-2417 |
| 20727222 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 20 2021 18:48:54 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 20727223 | + | Email/Text: bankrupt@choicerecovery.com | Aug 20 2021 18:39:00 | Center for Surgical Dermatology, c/o Choice Recovery, 1550 Old Henderson Rd., Suite S, Columbus, OH 43220-3626 |
| 20727225 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 20 2021 18:40:00 | Core Select, c/o Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 20727226 | + | Email/Text: clientservices@credit-control.com | Aug 20 2021 18:40:00 | Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 20727227 | | Email/Text: mrdiscen@discover.com | Aug 20 2021 18:39:00 | Discover Bank, c/o Discover Products INc, 6500 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 20727230 | + | Email/Text: info@meadeandassociates.com | Aug 20 2021 18:39:00 | New Albany Rd, New Albany, OH 43054<br>Hand & Microsurgery Assoc, c/o Meade & Associates, 737 Enterprise Dr, Lewis Center, OH 43035-9422 |
| 20727231 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 20 2021 18:40:00 | Home River Triad, c/o Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 20727232 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2021 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 20727224 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 20 2021 18:48:39 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 20727238 | + | Email/Text: bankruptcy@glacompany.com | Aug 20 2021 18:39:00 | KY Medical Service Foundation, c/o GLA Collection Co Inc., 2630 Gleeson Ln, Louisville, KY 40299-1772 |
| 20727236 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2021 18:39:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 20727242 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2021 18:40:00 | Midland Credit Management, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 20727241 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2021 18:40:00 | Midland Credit Management, 350 Camino De LA Reina, Suite 100, San Diego, CA 92108-3007 |
| 20727247 | + | Email/Text: info@meadeandassociates.com | Aug 20 2021 18:39:00 | OPG Heritage College, c/o Meade & Associates, 737 Enterprise Drive, Lewis Center, OH 43035-9422 |
| 20727244 | + | Email/Text: oh_bankruptcy@ohiohealth.com | Aug 20 2021 18:40:00 | Ohio Health, 5350 Frantz Rd., Dublin, OH 43016-4259 |
| 20727245 | | Email/PDF: cbp@onemainfinancial.com | Aug 20 2021 18:48:41 | One Main Financial, Bankruptcy Dept., Personal, PO Box 6042, Sioux Falls, SD 57117-6042 |
| 20727246 | + | Email/PDF: cbp@onemainfinancial.com | Aug 20 2021 18:48:54 | One Main Financial Group LLC, 601 NW Second Street, Evansville, IN 47708-1013 |
| 20727249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2021 18:48:54 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 20727254 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 20 2021 18:40:00 | State of Ohio, Department of Taxation, PO Box 530, Columbus, OH 43216-0530 |
| 20727259 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 20 2021 18:39:00 | Verizon Wireless/Southeast, PO Box 26055, National Recovery Dept MS400, Minneapolis, MN 55426-0055 |
| 20727260 | | Email/Text: edinkel@vikingservice.com | Aug 20 2021 18:40:00 | Viking Client Services, PO Box 59207, Minneapolis, MN 55459-0207 |
| 20727251 | | Email/Text: bankruptcytn@wakeassoc.com | Aug 20 2021 18:39:00 | Proscan Imaging of Pickerington, c/o Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 20727261 | + | Email/Text: BKRMailOps@weltman.com | Aug 20 2021 18:40:00 | Weltman Weinberg & Reis, 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20727262 | * | Weltman, Weinberg & Reis, 3705 Marlane Drive, Grove City, OH 43123-8895 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 3 of 3 |
| Date Rcvd: Aug 20, 2021 | Form ID: a0info | Total Noticed: 48 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Myron N Terlecky | mnt@columbuslawyer.net  oh41@ecfcbis.com;mnt@trustesolutions.net;HABTrustee@columbuslawyer.net |
| Nannette JB Dean | on behalf of Debtor Shannon S. Freed court@deanlawlpa.com  court@deanlawlpa.com |

TOTAL: 3