# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## NOTICE OF INSTRUCTIONS FOR TELEPHONIC 341 MEETING

Due to the current restrictions from the Covid-19 outbreak, the Chapter 7 Trustee hereby gives notice that the meeting of creditors pursuant to 11 USC 341 will be held telephonically. Counsel for the debtor must be able to confirm by voice that the Trustee is speaking to the Debtor. This means that substitute counsel should not be used. If counsel is unable to verify the voice of the Debtor, the Trustee will continue the matter for an in-person meeting.

**The following documents must be provided digitally to the trustee at least seven (7) days prior to the meeting:**

   a. **A copy of the Debtor's social security card.  In lieu of a social security card, the Trustee will also accept a scan of a W-2 or 1099.**

   b. **All 341 documents including tax returns, pay advices, real estate deeds, mortgages, motor vehicles, and bank statements.**

   c. **A scan of the original signature pages showing the Debtor's signature.**

The meeting information and call-in instruction is as follows:

Meeting Date:            **MONDAY, SEPTEMBER 27, 2021**
Meeting Time:            (Refer to individual debtor's case docket for assigned time)
Call-in Number:          1-888-593-9836
Participant Passcode:  2172345 #      (The participant code is the same for all parties)

**Instructions:**

1. Counsel, debtor(s), and creditors: please call into the number listed five minutes before your assigned meeting time. You do not already have to be on the same line. Everyone may call in from their own phone.

2. When prompted, enter the participant passcode followed by the # key. The passcode is the same for everyone.

3. When you enter into the meeting you may hear ongoing talking from the meeting prior to yours. If that is the case, please <u>do not</u> immediately introduce yourself. The Trustee may be completing the meeting that was before your scheduled meeting. Please wait on the line patiently while the prior meeting concludes. Mute your phone and do not speak until the Trustee calls your case. You will still be able to hear the Trustee even when your phone is muted. Unmute your phone when the Trustee calls your case so that the Trustee can hear you.

4. If you are able, please do not use speakerphone to ensure that the Trustee can clearly hear the testimony. The Trustee will be recording the call and must make sure that the record is clear.

5. You must use a touch-tone phone.

6. If you have a choice, use a landline phone, instead of a cell phone.

7. Make the call from a quiet area where there is as little background noise as possible.

8. When speaking, identify yourself.

9. Do not put the phone on hold at any time after the call is connected.

10. Once your meeting of creditors is finished, hang up.

11. If you become disconnected before your meeting of creditors is finished, call back.

12. If any creditor or party in interest desires to appear at the meeting, please contact the Trustee and inform him of that interest to ensure that the Trustee is aware of another possible participant other than the debtor(s) and counsel.

13. Unless a creditor or party in interest either had placed a request for notice on the docket for this case or otherwise contacted the Trustee, the 341 Meeting may be held and continued from time to time without further notice other than a virtual continuance entry on the Court's docket.

If any creditor or party in interest desires to appear at the meeting (whether in-person or by telephone), they should contact the Trustee and inform him of that interest. The Trustee will provide

instructions on how to participate telephonically. Unless a creditor or party in interest either had placed a request for notice on the docket for this case or otherwise contacted the Trustee, the 341 Meeting may be held and continued from time to time without further notice other than a virtual continuance entry on the Court's docket.

                                              Respectfully submitted,

                                              */s/ Myron N. Terlecky*
                                              Myron N. Terlecky (0018628)
                                              Strip, Hoppers, Leithart,
                                              McGrath & Terlecky Co., LPA
                                              575 South Third St.
                                              Columbus, OH  43215
                                              Telephone (614) 228-6345
                                              Facsimile (614) 228-6369
                                              Email: mnt@columbuslawyer.net
                                              Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing NOTICE OF INSTRUCTIONS FOR TELEPHONIC 341 MEETING was served by first class mail, postage prepaid, upon:

     None

                                              /s/  Myron N. Terlecky
                                              Myron N. Terlecky