**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 21-52780-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | FREED, SHANNON S. | Date Filed (f) or Converted (c): | 08/19/2021 (f) |
| For the Period Ending: | 10/14/2021 | §341(a) Meeting Date: | 09/27/2021 |
| | | Claims Bar Date: | 01/03/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2013 Toyota Sienna Mileage: 150,000 Other Information: wrecked twice; poor condition | $2,000.00 | $0.00 | | $0.00 | FA |
| 2 | household goods and furnishings | $2,500.00 | $0.00 | | $0.00 | FA |
| 3 | clothing | $500.00 | $0.00 | | $0.00 | FA |
| 4 | costume jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Cash | $400.00 | $0.00 | | $0.00 | FA |
| 6 | PNC checking account | $212.00 | $0.00 | | $0.00 | FA |
| 7 | Atomic Credit Union checking account | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Atomic Credit Union savings account | $5.00 | $0.00 | | $0.00 | FA |
| 9 | Chime Bank checking account | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Buckeye Country Realty, LLC (sole member; still exists; not operating since 2018; no assets or receivables) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Ruby Lane Real Estate, LLC (sole member; entity exists, but never operated) | $0.00 | $0.00 | | $0.00 | FA |
| 12 | security deposit to landlord | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 13 | real estate contracts signed, but not closed (anticipated gross commissions) | $16,064.44 | $3,139.65 | | $0.00 | $4,347.65 |
| Asset Notes: | 75% of the income is also exempt. | | | | | |
| 14 | term life insurance through estranged husband's employer (husband and children are beneficiaries) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | possible product liability claim for defective silicon breast implants | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | $23,081.44 | $4,339.65 | | $0.00 | **Gross Value of Remaining Assets** $4,347.65 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 21-52780-JEH | Trustee Name: | Myron N. Terlecky |
| Case Name: | FREED, SHANNON S. | Date Filed (f) or Converted (c): | 08/19/2021 (f) |
| For the Period Ending: | 10/14/2021 | §341(a) Meeting Date: | 09/27/2021 |
| | | Claims Bar Date: | 01/03/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/11/2021  The Trustee will be receiving the non-exempt portion of the post-petition real estate commissions.

Initial Projected Date Of Final Report (TFR): 02/28/2022    Current Projected Date Of Final Report (TFR): 03/31/2022    /s/ MYRON N. TERLECKY

MYRON N. TERLECKY