UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

IN RE: SHANNON D. FREED    :    CASE NO:  21-BK-52780
                                    :    CHAPTER 7

                                    :

## ABANDONMENT

The Trustee of the above captioned matter, does hereby abandon the following assets pursuant to 11 U.S.C. Section 554, Federal Rule of Bankruptcy Procedure 6007 and Local Bankruptcy Rule 6007-1:

    2013 Toyota Sienna; VIN 5TDYK3DC9DS290888

The Trustee states that there is no equity in the asset being abandoned, since taking into consideration any liens, exemptions, and costs of sale, that asset abandoned is of inconsequential value or are burdensome to the bankruptcy estate.

                                      /s/ Myron N Terlecky_____
                                      Myron N Terlecky, Trustee

## **CERTIFICATE OF MAILING**

I hereby certify that on 10th day of November, 2021 copies of this Abandonment were served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst US Trustee, Office of the US Trustee
Nannette JB Dean, Attorney for Debtors
Myron N Terlecky, Trustee

And by US Mail to:

Shannon D. Freed
5177 Sawmill Road
Dublin, Ohio 43017

/s/ Shannon S. Weber
Shannon S. Weber #0073732
Attorneys At Law
711 Beaver Creek Road
Piketon, OH  45661
Tel: 740-289-5060 X 1273
Fax:  866-511-3856
Email: sweber@atomiccu.com