**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:21-BK-52780 |
| | § | |
| SHANNON S. FREED | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/19/2021. The undersigned trustee was appointed on 08/19/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $3,139.65

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.35 |
   | Bank service fees | $13.81 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $3,125.49 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/03/2022 and the deadline for filing government claims was 02/05/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $784.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $784.91, for a total compensation of $784.91[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $101.43, for total expenses of $101.43.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/08/2022     By:  /s/ Myron N. Terlecky
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 21-52780-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | FREED, SHANNON S. | Date Filed (f) or Converted (c): | 08/19/2021 (f) |
| For the Period Ending: | 2/8/2022 | §341(a) Meeting Date: | 09/27/2021 |
| | | Claims Bar Date: | 01/03/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2013 Toyota Sienna Mileage: 150,000 Other Information: wrecked twice; poor condition | $2,000.00 | $0.00 | | $0.00 | FA |
| 2 | household goods and furnishings | $2,500.00 | $0.00 | | $0.00 | FA |
| 3 | clothing | $500.00 | $0.00 | | $0.00 | FA |
| 4 | costume jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Cash | $400.00 | $0.00 | | $0.00 | FA |
| 6 | PNC checking account | $212.00 | $0.00 | | $0.00 | FA |
| 7 | Atomic Credit Union checking account | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Atomic Credit Union savings account | $5.00 | $0.00 | | $0.00 | FA |
| 9 | Chime Bank checking account | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Buckeye Country Realty, LLC (sole member; still exists; not operating since 2018; no assets or receivables) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Ruby Lane Real Estate, LLC (sole member; entity exists, but never operated) | $0.00 | $0.00 | | $0.00 | FA |
| 12 | security deposit to landlord | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 13 | real estate contracts signed, but not closed (anticipated gross commissions) | $16,064.44 | $3,139.65 | | $3,139.65 | FA |
| Asset Notes: | 75% of the income is also exempt. | | | | | |
| 14 | term life insurance through estranged husband's employer (husband and children are beneficiaries) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | possible product liability claim for defective silicon breast implants | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Assets**

                    $23,081.44            $4,339.65                $3,139.65            $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| **Case No.:** 21-52780-JEH | **Trustee Name:** Myron N. Terlecky |
| **Case Name:** FREED, SHANNON S. | **Date Filed (f) or Converted (c):** 08/19/2021 (f) |
| **For the Period Ending:** 2/8/2022 | **§341(a) Meeting Date:** 09/27/2021 |
| | **Claims Bar Date:** 01/03/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/19/2022    Claims have been reviewed. Only distribution will be to priority creditors.

10/11/2021    The Trustee will be receiving the non-exempt portion of the post-petition real estate commissions.

**Initial Projected Date Of Final Report (TFR):** 02/28/2022     **Current Projected Date Of Final Report (TFR):** 03/31/2022     /s/ MYRON N. TERLECKY

                                                                                                                                                                    MYRON N. TERLECKY

**FORM 2** — Page No: 1 — Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-52780-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | FREED, SHANNON S. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9832 | Checking Acct #: | ******0253 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/19/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 2/8/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/25/2021 | (13) | SHANNON FREED | Payment of Commissions Received | 1121-000 | $3,139.65 | | $3,139.65 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.51 | $3,135.14 |
| 12/15/2021 | 3001 | INSURANCE PARTNERS | Bond Payment | 2300-000 | | $0.35 | $3,134.79 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.65 | $3,130.14 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.65 | $3,125.49 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | | $3,139.65 | $14.16 | $3,125.49 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $3,139.65 | $14.16 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $3,139.65 | $14.16 | |

| For the period of 8/19/2021 to 2/8/2022 | | For the entire history of the account between 10/25/2021 to 2/8/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,139.65 | Total Compensable Receipts: | $3,139.65 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,139.65 | Total Comp/Non Comp Receipts: | $3,139.65 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14.16 | Total Compensable Disbursements: | $14.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.16 | Total Comp/Non Comp Disbursements: | $14.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2                Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-52780-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | FREED, SHANNON S. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9832 | Checking Acct #: | ******0253 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/19/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 2/8/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,139.65 | $14.16 | $3,125.49 |

| For the period of 8/19/2021 to 2/8/2022 | | For the entire history of the case between 08/19/2021 to 2/8/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,139.65 | Total Compensable Receipts: | $3,139.65 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,139.65 | Total Comp/Non Comp Receipts: | $3,139.65 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14.16 | Total Compensable Disbursements: | $14.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.16 | Total Comp/Non Comp Disbursements: | $14.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ MYRON N. TERLECKY

MYRON N. TERLECKY

| Case No. | 21-52780-JEH | | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|---|
| Case Name: | FREED, SHANNON S. | | Date: | 2/8/2022 |
| Claims Bar Date: | 01/03/2022 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | INSURANCE PARTNERS<br>2950 WEST MARKET ST<br>AKRON OH 44333 | 02/08/2022 | Bond Payments | Allowed | 2300-000 | $0.00 | $0.35 | $0.35 | $0.35 | $0.00 | $0.00 | $0.00 |
| | MYRON N. TERLECKY<br>575 S. Third St.<br>Columbus OH 43215 | 02/08/2022 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $101.43 | $101.43 | $0.00 | $0.00 | $0.00 | $101.43 |
| | MYRON N. TERLECKY<br>575 S. Third St.<br>Columbus OH 43215 | 02/08/2022 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $784.91 | $784.91 | $0.00 | $0.00 | $0.00 | $784.91 |
| 1 | MEADE AND ASSOCIATES<br>737 ENTERPRISE DR<br>LEWIS CENTER OH 43035 | 10/12/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $208.36 | $208.36 | $0.00 | $0.00 | $0.00 | $208.36 |
| 2 | DISCOVER BANK<br>DISCOVER PRODUCT INC<br>PO BOX 3025<br>New Albany OH 43054 | 10/12/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,715.81 | $4,715.81 | $0.00 | $0.00 | $0.00 | $4,715.81 |
| 3 | KARR AUDIOLOGY AND HEARING AIDS<br>499 Richland Ave.<br>Athens OH 45701 | 10/13/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| 4 | INTERNAL REVENUE SERVICE<br>PO Box 7317<br>Philadelphia PA 19101-7317 | 10/14/2021 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $34,824.25 | $34,824.25 | $0.00 | $0.00 | $0.00 | $34,824.25 |
| 4a | INTERNAL REVENUE SERVICE<br>PO Box 7317<br>Philadelphia PA 19101-7317 | 10/14/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,230.72 | $12,230.72 | $0.00 | $0.00 | $0.00 | $12,230.72 |
| 5 | OHIO DEPT. OF JOB & FAMILY SERVICES<br>Attn: ODJFS Legal Support<br>P.O. Box 182830<br>Columbus OH 43218-2830 | 10/18/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,899.00 | $16,899.00 | $0.00 | $0.00 | $0.00 | $16,899.00 |

**Claim Notes:** (5-1) Pandemic Unemployment Benefit Overpayments

CLAIM ANALYSIS REPORT   Page No: 2   Exhibit C

| Case No.: | 21-52780-JEH | | | | | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|---|---|---|---|
| Case Name: | FREED, SHANNON S. | | | | | Date: | 2/8/2022 |
| Claims Bar Date: | 01/03/2022 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR CF MEDICAL LLC<br>PO Box 2489<br>Kirkland WA 98083-2489 | 10/18/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,757.14 | $1,757.14 | $0.00 | $0.00 | $0.00 | $1,757.14 |
| Claim Notes: | (6-1) Medical Debt | | | | | | | | | | | |
| 7 | DUBLIN PARK<br><br>Doctors' Credit Service<br>128 Kenbrook Dr.<br>Vandalia OH 45377 | 10/18/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,568.35 | $2,568.35 | $0.00 | $0.00 | $0.00 | $2,568.35 |
| 8 | OHIO DEPARTMENT OF TAXATION<br>30 E. Broad St. 14th Floor<br>Columbus OH 43216 | 10/19/2021 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $383.10 | $383.10 | $0.00 | $0.00 | $0.00 | $383.10 |
| 8a | OHIO DEPARTMENT OF TAXATION<br>30 E. Broad St. 14th Floor<br>Columbus OH 43216 | 10/19/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $49.78 | $49.78 | $0.00 | $0.00 | $0.00 | $49.78 |
| 9 | CAPITAL ONE BANK USA NA BY AMERICAN INFOSOURCE AS AGENT<br>PO Box 71083<br>Charlotte NC 28272 | 10/21/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $622.71 | $622.71 | $0.00 | $0.00 | $0.00 | $622.71 |
| 10 | ATOMIC CREDIT UNION<br><br>711 Beaver Creek Rd<br>Piketon OH 45661 | 10/26/2021 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $6,844.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | (10-1) 2013 Toyota Sienna--Secured | | | | | | | | | | | |
| 11 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 10/28/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,055.94 | $3,055.94 | $0.00 | $0.00 | $0.00 | $3,055.94 |
| Claim Notes: | (11-1) 6762 | | | | | | | | | | | |

| Case No.: | 21-52780-JEH | | | | | | | | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FREED, SHANNON S. | | | | | | | | Date: | 2/8/2022 |
| Claims Bar Date: | 01/03/2022 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br> PO Box 3001<br> Malvern PA 19355-0701 | 11/08/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,901.18 | $4,901.18 | $0.00 | $0.00 | $0.00 | $4,901.18 |
| 13 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br> PO Box 3001<br> Malvern PA 19355-0701 | 11/08/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,259.67 | $1,259.67 | $0.00 | $0.00 | $0.00 | $1,259.67 |
| 14 | ATOMIC CREDIT UNION<br> 711 Beaver Creek Rd<br> Piketon OH 45661 | 11/10/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $78.88 | $78.88 | $0.00 | $0.00 | $0.00 | $78.88 |

**Claim Notes:**   (14-1) Checking Account

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | ONEMAIN FINANCIAL<br> PO Box 3251<br> Evansville IN 47731 | 11/15/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,005.00 | $11,005.00 | $0.00 | $0.00 | $0.00 | $11,005.00 |
| 16 | JPMORGAN CHASE BANK, N.A.<br> P O Box 15368<br> Wilmington DE 19850 | 11/22/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $30,957.10 | $30,957.10 | $0.00 | $0.00 | $0.00 | $30,957.10 |
| 17 | JPMORGAN CHASE BANK, N.A.<br> P O Box 15368<br> Wilmington DE 19850 | 11/22/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,091.68 | $6,091.68 | $0.00 | $0.00 | $0.00 | $6,091.68 |
| 18 | VERIZON BY AMERICAN INFOSOURCE AS AGENT<br> PO Box 4457<br> Houston TX 77210 | 12/03/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,003.12 | $1,003.12 | $0.00 | $0.00 | $0.00 | $1,003.12 |
| 19 | KOHL'S PERITUS PORTFOLIO SERVICES II, LLC<br> PO BOX 141509<br> IRVING TX 75014 | 12/17/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,429.09 | $1,429.09 | $0.00 | $0.00 | $0.00 | $1,429.09 |

**Claim Notes:**   (19-1) Credit Card

CLAIM ANALYSIS REPORT

Page No: 4     Exhibit C

| Case No. | 21-52780-JEH | | | Trustee Name: | Myron N. Terlecky |
| Case Name: | FREED, SHANNON S. | | | Date: | 2/8/2022 |
| Claims Bar Date: | 01/03/2022 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P O Box 12914<br>Norfolk VA 23541 | 12/29/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,803.39 | $6,803.39 | $0.00 | $0.00 | $0.00 | $6,803.39 |
| | | | | | | $148,615.44 | $141,770.96 | $0.35 | $0.00 | $0.00 | $141,770.61 |

CLAIM ANALYSIS REPORT                                                                                         Page No: 5           Exhibit C

| Case No. | 21-52780-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | FREED, SHANNON S. | Date: | 2/8/2022 |
| Claims Bar Date: | 01/03/2022 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Bond Payments | $0.35 | $0.35 | $0.35 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $35,207.35 | $35,207.35 | $0.00 | $0.00 | $0.00 | $35,207.35 |
| General Unsecured § 726(a)(2) | $105,676.92 | $105,676.92 | $0.00 | $0.00 | $0.00 | $105,676.92 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $6,844.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $784.91 | $784.91 | $0.00 | $0.00 | $0.00 | $784.91 |
| Trustee Expenses | $101.43 | $101.43 | $0.00 | $0.00 | $0.00 | $101.43 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:21-BK-52780
Case Name: SHANNON S. FREED
Trustee Name: Myron N. Terlecky

Balance on hand: $3,125.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 10 | Atomic Credit Union | $6,844.48 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $3,125.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Myron N. Terlecky, Trustee Fees | $784.91 | $0.00 | $784.91 |
| Myron N. Terlecky, Trustee Expenses | $101.43 | $0.00 | $101.43 |

Total to be paid for chapter 7 administrative expenses: $886.34
Remaining balance: $2,239.15

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,239.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,207.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

|   |   | of Claim | Payments to Date | Payment |
|---|---|---|---|---|
| 4 | Internal Revenue Service | $34,824.25 | $0.00 | $2,214.79 |
| 8 | Ohio Department of Taxation | $383.10 | $0.00 | $24.36 |

|   |   |
|---|---|
| Total to be paid to priority claims: | $2,239.15 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $105,676.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | MEADE AND ASSOCIATES | $208.36 | $0.00 | $0.00 |
| 2 | Discover Bank Discover Product Inc | $4,715.81 | $0.00 | $0.00 |
| 3 | Karr Audiology and Hearing Aids | $40.00 | $0.00 | $0.00 |
| 4a | Internal Revenue Service | $12,230.72 | $0.00 | $0.00 |
| 5 | Ohio Dept. of Job & Family Services | $16,899.00 | $0.00 | $0.00 |
| 6 | Quantum3 Group LLC as agent for CF Medical LLC | $1,757.14 | $0.00 | $0.00 |
| 7 | Dublin Park | $2,568.35 | $0.00 | $0.00 |
| 8a | Ohio Department of Taxation | $49.78 | $0.00 | $0.00 |
| 9 | Capital One Bank USA NA by American InfoSource as agent | $622.71 | $0.00 | $0.00 |
| 11 | Midland Credit Management, Inc. | $3,055.94 | $0.00 | $0.00 |
| 12 | American Express National Bank c/o Becket and Lee LLP | $4,901.18 | $0.00 | $0.00 |
| 13 | American Express National Bank c/o Becket and Lee LLP | $1,259.67 | $0.00 | $0.00 |
| 14 | Atomic Credit Union | $78.88 | $0.00 | $0.00 |
| 15 | OneMain Financial | $11,005.00 | $0.00 | $0.00 |
| 16 | JPMorgan Chase Bank, N.A. | $30,957.10 | $0.00 | $0.00 |
| 17 | JPMorgan Chase Bank, N.A. | $6,091.68 | $0.00 | $0.00 |
| 18 | Verizon by American InfoSource as agent | $1,003.12 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 19 | Kohl's Peritus Portfolio Services II, LLC | $1,429.09 | $0.00 | $0.00 |
| 20 | Portfolio Recovery Associates, LLC | $6,803.39 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**