**EXPENSE REPORT**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** 21-52780-JEH | | | | **Trustee Name** | |
| **Case Name:** FREED, SHANNON S. | | | | Myron N. Terlecky | |
| **Start Date:** 8/19/2021 | | | | | |
| **End Date:** 2/8/2022 | | | | | |

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant : Myron N. Terlecky** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **COPIES** | | | | | |
| 02/08/2022 | $0.200 | 319.00 | $63.80 | $63.80 | Billable |
| Description: Misc. Copies Including Service of Notice | | | | | |
| | | **COPIES Total:** | $63.80 | $63.80 | |
| **POSTAGE** | | | | | |
| 02/08/2022 | $0.530 | 71.00 | $37.63 | $37.63 | Billable |
| Description: Misc. Postage--Service of Notice | | | | | |
| | | **POSTAGE Total:** | $37.63 | $37.63 | |
| | | **Project Category Total:** | $101.43 | $101.43 | |
| | | **Matter Code Total:** | $101.43 | $101.43 | |
| | | **EXPENSE SUMMARY:** | $101.43 | | |